UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COMVERSE TECHNOLOGY, INC.,<br><br>　　　　　　　　　　　　　　Defendant. | Civil Action No.<br><br>11-CV-1704-LDW-AKT |

**FINAL JUDGMENT AS TO DEFENDANT COMVERSE TECHNOLOGY, INC.**

The Securities and Exchange Commission having filed a Complaint and Defendant Comverse Technology, Inc. having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Sections 13(b)(2)(A) and 13(b)(2)(B) of the Exchange Act [15 U.S.C. §§ 78m(b)(2)(A) and 78m(b)(2)(B)], by:

　　(a)　making and keeping books, records, and accounts that inaccurately or do not fairly reflect in reasonable detail any illegal payments made to obtain or retain business; or

(b) failing to devise and maintain a system of internal accounting controls sufficient to provide reasonable assurances that Defendant and Defendant's agents, servants, or employees do not make any illegal payments to obtain or retain business.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant is liable for disgorgement of $1,249,614, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $358,887. Defendant shall satisfy this obligation by paying $1,608,501 within 14 days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Comverse Technology, Inc. as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: April 12, 2011

_____
UNITED STATES DISTRICT JUDGE